Name: *Insert Your Name*

Address: *Insert Your Address*

Phone: *Insert Your Phone Number*

FILED 06 JUL '11 10:58 USDC-ORP

CV '11--821-KI

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

*Your name,*

Mark Braten

Plaintiff(s),

Civil Case No. *This number to be provided at the time of filing by the Court Clerk.*

COMPLAINT

vs.

*List Defendant Name(s),*

Phil and Penny Knight
& Nike Inc., and
General Electric Co.

Defendant(s).

*Identify your parties, your basis of jurisdiction, and the cause of action in the body of your Complaint. In addition, state the relief you feel the court should allow.*

Dated: 6-30-11

*Mark Braten*
**Your signature**

2. Court: U.S. District courts Portland, Ore. and Denver, CO.

3. Docket Number: _____

4. Name of judge to whom case was assigned: King, Hogan, mossman, Boland, w Babcock

5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?) they were dissmised, however I feel as though prejidice, or corrupt or fraudulant methods were used in determining the dissmisals

6. Approximate date of filing: 2007-2010

7. Approximate date of disposition: 2007-2011

II.

A. Place of confinement: Washington Co. Jail, and, Oregon State Hospitol

B. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ____

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ✓   No ____

   If your answer is no, explain why not: _____

D. Is the grievance process completed?

   Yes ✓   No ____

### III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: Mark Braten
   Security Identification No.: 10625745
   Address: 971 S.W. Walnut St. Hillsboro, ORE 97123

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B. Defendant General Electric Co. is employed as a corperation
   at 3135 Easton Turnpike Fairfeild, Conn. 06828

   Defendant Phil & Penny Knight & Nike Inc. is employed as Board members and corperation
   at Nike Inc. 1 Bowerman Dr. Beaverton, Ore. 97005

   Defendant _____ is employed as _____
   at _____

   Defendant _____ is employed as _____
   at _____

   Defendant _____ is employed as _____
   at _____

   Additional defendants: _____

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

my rights to privacy and my rights to Life, Liberty and the pursuit of happiness have been severeley violated.
- Laws - Harassment and assault

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Phil and Penny Knight & Nike Inc. and General Electric Co., and authorities useing Government high-Tech Image Recognition System / microwave Weaponary Sattelite Survailance equiptment have, and beleive it, the equiptment can, and did do this, they removed my left lung, and did severe damage to my liver, they cut a part of my liver out. It also appears as though they've taken partial control of the Oregon State Hospital, only because I was sent there, and I'm deliberatley being miss-treated because of their request. There have been several other incidents on all Parties, or Defendants accounts

## Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Fraud & Personal injury

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

There has been some Fraud in my name, and part of it is in partial responsability of the Nike, Inc. and General Electric of at least $20 million dollars worth of it, in a check that got cashed with my stolen I.D., by someone other than me, the check was in my name, and there have been several serious problems that me and my family have gone through over this as a result of the defendants in this case envolvement in it. I have had a left lung removed with the high-Tech equiptment and my liver has been cut on. I live in pain and the Fraud is the cause of some of it.

## Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

Personal Injuries and sexual assaults

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

I have suffered severe injuries to my brain, back, lung (left) liver, feet and Ankles, and the General Electric Co. or Associates with it, are responsable for those injuries with their negligent missuse of some sattlelite survailance equiptment, I require a liver transplant and Pain medicine to be synthisized by the equiptment. Sexual assaults have also occurred by these people against me and my mother. Nike Inc., and Phil and Penny Knight are partialy responsable for some of this as well

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V. RELIEF

*State briefly exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.*

I am asking for the courts, or authorities to order a liver transplant, as the Defendants equiptment did the damage, and for $40 million dollars, and for a peice of the equiptment to aid me in living, or them to use their equiptment to sustain life for me, and to synthisize 60 mg. of morphine constantly for pain, and lifetime Free Products, from both companies.

Signed this 30th day of June, 2011.

_____
(Signature of Plaintiff(s))